IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LESMES N. CORTES-CAMERON | * |
| Plaintiff | * Civil No. 97-2184(SEC) |
| v. | * Section 2255 |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

## ORDER

On November 20, 1997, we granted petitioner an extension of time until January 15, 1998, to amend his petition. **(Docket # 6)**. As plaintiff has failed to submit his amended petition, the Court hereby **ORDERS** him to show cause **within fifteen (15) days** of entry of this order, why this case should not be dismissed for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)