IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LESMES N. CORTES-CAMERON | * |
| Plaintiff | * Civil No. 97-2184(SEC) |
| v. | * |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

**ORDER**

On November 20, 1997, the Court granted petitioner an extension of time until January 15, 1998, to amend his petition. (**Docket # 6**). Petitioner did not submit his amended petition. Thus, on December 3, 1999, the Court ordered plaintiff to show cause why this case should not be dismissed. (**Docket # 7**). As of today, petitioner has neither submitted his amended petition nor showed cause. According, the Court hereby **DISMISSES** this action pursuant to Fed. R. Civ. P. 41(b) for plaintiff's lack of prosecution and failure to comply with the Court's orders. Judgment shall follow accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28TH day of April, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)