# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LESMES N. CORTES-CAMERON     *

                          *

Plaintiff                      *      **Civil No. 97-2184(SEC)**

                           *

v.                               *

                           *

UNITED STATES OF AMERICA     *

                           *

Defendant                 *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Pursuant to the order of even date, this action is hereby **DISMISSED** with prejudice.

Judgment is hereby entered accordingly.

      **SO ORDERED.**

In San Juan, Puerto Rico, this *28* day of April, 2000.

                             SALVADOR E. CASELLAS
                             United States District Judge

RECEIVED & FILED
00 MAY -1 AM 8:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

